# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
## LONDON DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 16-60243-grs |
| VERNON HENSON, JR. | CHAPTER 13 |
| Debtor | JUDGE GREGORY R. SCHAAF |

### AGREED ORDER RESOLVING MOTION FOR
### RELIEF FROM AUTOMATIC STAY, doc. 68
### 1218 YORKSHIRE ESTATES ROAD, LONDON, KY 40744

This matter is before the Court upon the Motion for Relief From Automatic Stay filed herein by the secured creditor, Bayview Loan Servicing, LLC, a Delaware Limited Liability Company, ("Movant"), doc. 68. It appears to the Court that the parties have agreed to a course of action which will permit the continuation of the automatic stay conditioned upon certain provisions incorporated herein for the protection of Movant; and the Court, being otherwise fully advised in the premises, hereby issues the following agreement with respect thereto:

1. The Chapter 13 Plan filed herein by Vernon Henson, Jr. (hereinafter "Debtor") provided that said Debtor was to make the regular monthly mortgage payments to Movant outside of the Plan on a regular monthly fashion.

2. In breach of the terms of said Plan, the Debtor failed to make certain of the regular monthly mortgage payments to Movant; said payments currently in default as of January 18, 2017 are as follows:

| Month from: | Month to: | Payment Amount | # of pays | Total |
|---|---|---|---|---|
| October, 2016 | January, 2017 | $1,229.62 | 4 | $4,918.48 |
| Attorney Fees: | | | | $850.00 |
| Court Costs: | | | | $181.00 |

| | |
|---|---|
| Less Suspense: | -$190.38 |
| **Total due through January, 2017** | $5,759.10 |

3. In order to eliminate said post-petition delinquency, Movant shall file a Supplemental Proof of Claim, within thirty (30) days from the Entry of this Agreement for the post-petition arrearages, fees and costs totaling $5,759.10.

4. Debtor shall modify the Chapter 13 plan to provide for the additional arrearages. Said Motion is to be filed within seven (7) days of entry of this order.

5. The Debtor hereby agrees to resume regular monthly mortgage payments outside the Plan directly to Movant in the amount of $1,229.62 due and owing beginning on February 1, 2017.

6. This agreement remains in full force and effect in the event Debtor's case is dismissed by the Court and Debtor subsequently reinstates the case by Order of the Court and/or Movant obtains Relief from Stay and the Stay is subsequently reinstated by Order of the Court.

7. The following events constitute Default under this Agreement: (a) Debtor fails to modify the plan; (b) Debtor fails to pay any future monthly mortgage payments so that the payment is not received by Movant on or before the day in which it is due; (c) Debtor fails to make any Chapter 13 Plan payment to the Trustee's Office by the last day of the month in which it is due without leave of the Court (hereinafter, any of these events described above shall be referred to as a "Default")

8. In the event of a Default, Movant shall send a letter with a ten (10) day opportunity for Debtor to respond ("Notice of Default"), notifying the Debtor and Debtor's Counsel of the Default under the terms of this Agreement.  If Debtor fails to cure the default, Movant

shall file an Affidavit of Default, and upon filing of an Affidavit of Default, the Stay shall be terminated without further notice, hearing or Order. Debtor is limited to three (3) Notices of Default. After three (3) Notices, Creditor may file an Affidavit of Default upon the third occurrence of a Default without notice.

9. The terms and conditions of the Note and Mortgage are unaffected by this Agreement.

10. Movant, its servicer and any successors, may send periodic statements to Debtor.

11. The Trustee shall continue/resume the payments under the original Chapter 13 Plan of the unpaid portion, if any, of the arrearage amount listed in the Movant's Proof of Claim.

12. Upon filing of an Affidavit of Default with Court, the requirements of BK Rule 3002.1 no longer apply.

**IT IS SO ORDERED.**

Agreed Upon:

---
David C. Nalley (85637)
Attorney for Movant
Reisenfeld & Associates, LPA LLC
3962 Red Bank Road
Cincinnati, OH 45227
voice: (513) 322-7000
facsimile: (513) 322-7099
e-mail: kybk@rslegal.com

/s/ Melissa R. Dixon
---
Per written authorization
Melissa R. Dixon
Attorney for Debtor
1222 1/2 North Main Street, Suite 2
London, KY 40741
voice: (606) 878-8906
e-mail: mrdixon@gambrelwilderlaw.com

/s/ Cheryl E. James, Staff Attorney
_____

Per written authorization
Beverly M. Burden
Chapter 13 Trustee
PO Box 2204
Lexington, KY 40588
Voice: 859-233-1527

Pursuant to Local Rule 9022-1, David C. Nalley shall cause a copy of this order to be served on each of the parties designated to receive this order pursuant to Local Rule 9022-1 and shall file with the court a certificate of service of the order upon such parties within seven (7) days hereof.

COPIES TO:

    Vernon Henson Jr.
    1218 Yorkshire Estates
    London, KY 40744

    Melissa Renea Henson
    1218 Yorkshire Estates
    London, KY 40744

    Melissa R. Dixon
    1222 1/2 North Main Street, Suite 2
    London, KY 40741

    Beverly M. Burden, Bankruptcy Trustee
    PO Box 2204
    Lexington, KY 40588

    U.S. Trustee
    100 E. Vine Street #500
    Lexington, KY 40507

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Wednesday, January 25, 2017**
**(grs)**